UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANNON CARTER,

Plaintiff

v.

JAMES DZURENDA et al.,

Defendants

Case No. 2:18-cv-00452-APG-PAL

ORDER

**I. DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until Friday, **May 10, 20**19 to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before **Friday, May 10, 2019**, the Court shall recommend dismissal of this action with prejudice.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before **Friday, May 10, 2019**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall recommend dismissal of this action with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court will send a one-time courtesy copy of this order and the order setting inmate early medication conference (ECF No. 7) to Plaintiff at Southern Desert Correctional Center, P.O. Box 208, Indian Springs, Nevada 89070-0208.

DATED THIS 26th day of April 2019.

_____
UNITED STATES MAGISTRATE JUDGE