AARON D. FORD
Attorney General
AUSTIN T. BARNUM (Bar No. 15174)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: abarnum@ag.nv.gov

*Attorneys for Defendants*
*Scherrie Bean and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>                    Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                    Defendants. | Case No. 2:18-cv-00452-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Shannon Carter, in proper person, and Defendants, Scherrie Bean and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that:

1. The above-captioned action be dismissed, with prejudice, by order of this Court, with each party to bear his own costs.

2. Defendants preserve the right to seek a strike pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

This stipulation for Dismissal with Prejudice and Defendants' preservation of the right to seek a strike pursuant to 18 U.S.C. §1915(g) is according to the terms agreed upon

1  at negotiations on May 6, 2020, at approximately 10:00 a.m. This negotiation is
2  memorialized in the Declaration of Counsel, Deputy Attorney General Austin T. Barnum,
3  attached as "Exhibit A."
4  DATED this 7th day of May, 2020.   DATED this 7th day of May, 2020

*[signature]*
SHANNON CARTER, #70773
Plaintiff, *Pro Se*

AARON D. FORD
Attorney General

By: *[signature]*
AUSTIN T. BARNUM, Bar No. 15174
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

*[signature]*
UNITED STATES DISTRICT JUDGE

**DATED:** 5/7/2020

# EXHIBIT A

# Declaration of Counsel

# EXHIBIT A

AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (Bar No. 15174)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email:  abarnum@ag.nv.gov

*Attorneys for Defendants*
*Scherrie Bean and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON CARTER,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                Defendants. | Case No. 2:18-cv-00452-APG-BNW<br><br>**DECLARATION OF COUNSEL** |

I, Austin T. Barnum, Esq., declare in support of this Stipulation and Order to Dismiss with Prejudice, in the matter styled *Shannon Carter v. James Dzurenda, et. al.*, Case No. 2:180cv-00452-APG-BNW in the Federal District of Nevada:

1.   I am an attorney duly licensed to practice before all Courts in the State of Nevada, and am a Deputy Attorney General in the employment of the Office of the Attorney General.

2.   I am responsible Counsel for the Defendants in the instant matter.

3.   On May 6, 2020, I called Plaintiff, Shannon Carter (Carter), consistent with a scheduled meeting with Warm Springs Correctional Center.

///

4. Carter and I discussed his filing, ECF No. 50, titled Motion to Voluntary Dismiss, wherein Carter moved this Court to voluntarily dismiss the instant matter.

5. We discussed the option of filing a stipulated order with the terms that the dismissal be with prejudice. I explained that the term "with prejudice" means he will not be able to file this case again in the future.

6. I explained, further, that we were preserving the right to file a strike. He asked if this stipulation and order was a request for a strike. I advised him that it was not. I advised him that we were simply preserving the right for the future.

7. Carter said that he understood and that he accepted the terms as stated.

8. I informed Carter that I would draft the Stipulation and Order and have it sent to him for review and signing.

I declare under penalty of perjury of the laws of the State of Nevada that the foregoing is true and correct.

Executed this 6th day of May, 2020, in Las Vegas, Nevada.

/s/ Austin T. Barnum
AUSTIN T. BARNUM